UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | COLLIER/CARTER |
| | ) | |
| v. | ) | CASE NO. 1:13-CR-90 |
| | ) | |
| TWANNA BLAIR | ) | |

**O R D E R**

On December 23, 2013, Magistrate Judge William B. Mitchell Carter filed a Modified Report and Recommendation recommending (a) the Court accept Defendant's plea of guilty to the lesser included offense in Count One of the Indictment, in exchange for the undertakings made by the government in the written plea agreement; (b) the Court adjudicate Defendant guilty of the charges set forth in the lesser included offense in Count One of the Indictment; (c) that a decision on whether to accept the plea agreement be deferred until sentencing; and (d) Defendant shall remain in custody pending sentencing in this matter (Court File No. 23). Neither party filed an objection within the given fourteen days. After reviewing the record, the Court agrees with the magistrate judge's modified report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's modified report and recommendation (Court File No. 23) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to the lesser included offense in Count One of the Indictment, in exchange for the undertakings made by the government in the written plea agreement, is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in the lesser included offense in Count One of the Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Thursday, April 3, 2014 at 2:00 pm**.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**